**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| EARNEST PHILLIPS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 66613<br><br>**FILED**<br><br>OCT 2 4 2014<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |
| EARNEST PHILLIPS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 66614 |
| EARNEST PHILLIPS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 66672 |
| EARNEST PHILLIPS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 66690 |

### ORDER DISMISSING APPEALS

These are proper person appeals from decisions denying a motion for dismissal, motion to suppress identification, motion to compel disclosure of exculpatory evidence, and a motion for a pretrial evidentiary

14-35489

hearing. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Because no statute or court rule permits an appeal from an order denying the abovementioned motions, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we ORDER these appeals DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc: Hon. Kathleen E. Delaney, District Judge
Earnest Phillips
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk